TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA SWEATT<br><br>Defendant. | ) No.<br>)<br>) COUNT 1:<br>) ATTEMPT TO DISTRIBUTE<br>) COCAINE BASE<br>)   Vio. 21 U.S.C. §§ 846 & 841<br>) (b)(1)(B)<br>)<br>)<br>)<br>)<br>) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about July 19, 2005, within the District of Alaska, the defendant, DANA

SWEATT, did knowingly and intentionally attempt to distribute 50 grams or more of a

mixture and substance containing a detectable amount of cocaine base (crack), to wit: on

defendant agreed to distribute 50 grams or more of a mixture and substance containing cocaine base to another individual and thereafter met with the person to whom the defendant had agreed to distribute this amount of cocaine base, all of which is in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

A TRUE BILL.

                    S/ Grand Jury Foreperson
                    GRAND JURY FOREPERSON

S/ Stephan A. Collins for
FRANK V. RUSSO
Assistant U.S. Attorney


S/ Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney


DATED: 12/13/05