```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs DANA SWEATT              CASE NO. A05-0119-CR (JWS)
Defendant: X Present    X In Custody

BEFORE THE HONORABLE              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            ELISA SINGLETON

UNITED STATES ATTORNEY:           STEPHAN COLLINS

DEFENDANT'S ATTORNEY:             KEVIN MCCOY

U.S.P.O.:                         KAREN BREWER

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT / BAIL REVIEW HEARING -
      HELD 12/16/2005
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 9:34 a.m.

X Copy of Indictment given to defendant: waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEA Not Guilty to Count 1 of the Indictment.

X Defendant's detention continued as previously set.

X Pretrial motions due **January 5, 2006;** Order Regarding
  Preparation for Trial **FILED.**

X Counsel advised of trial date: February 22, 2005; trial by jury
at 9:00 a.m., Final Pretrial Conference at 8:30 a.m.

X Other: Court and counsel heard re bail hearing. Defense
counsel made an Oral Motion to Release the Defendant; **DENIED.**

Adjourned at 9:44 a.m.



DATE: December 16, 2005   DEPUTY CLERK'S INITIALS:          ES
05/00