FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 4: 08

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-0218 MJ (JDR) |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR BAIL REVIEW HEARING** |
| DANA ROCHELLE SWEATT, | |
| Defendant. | |

  Dana Rochelle Sweatt asks this court to calendar this matter for a bail review hearing. She proposes that she be released subject to the 24-hour sight and sound custody of Daché Stokes, subject to electronic monitoring.

  The third-party application form has been provided to pretrial services and has been copied to the government.



DATED at Anchorage, Alaska this 6th day of December 2005.

Respectfully submitted,

*[signature]*

KEVIN F. McCOY
Assistant Federal Defender

Certification:
I certify that on December 6, 2005,
I hand delivered a copy of this document to:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

*[signature]*
Karolyn Miller