## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*USA v. Sweatt*

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A05-119 CR (JWS)

PROCEEDINGS:        **ORDER FROM CHAMBERS**        February 13, 2006

At docket 10, defendant moves for a 30-day continuance in her trial, which is presently set for February 22, 2006, a date within the Speedy Trial Act window.  The motion is not opposed by the United States, and upon examination, the motion is found to have merit. The interests of justice served by continuing the trial outweigh the best interests of the public and the defendant in a speedier trial, because it will be impossible for defendant to be adequately prepared for trial if the continuance is not granted.
18 U.S.C. § 3161(h)(8).

The request for a 30-day continuance, if granted literally, would add a sixth criminal trial to this court's docket for the week of March 20, 2006.  While it is unlikely that all five cases presently set will actually go to trial that week, and there may be another judge available to back up this court, it is obviously unwise, and indeed unworkable, to add a sixth criminal trial to the calendar for that week.  Upon examination of the numerous obligations on the court's calendar, the earliest date this case can realistically be set for trial is April 10, 2006.  Having given the parties a trial date within the time constraints of the Speedy Trial Act, it is permissible to take into account the state of the court's calendar when evaluating a party's motion for a continuance.  *United States v. Shetty*, 130 F.3d 1324, 1327 (9th Cir. 1997).

Based on the above considerations, the motion at docket 10 is **GRANTED** as follows: The final pre-trial conference is continued to 8:30 a.m. on April 10, 2006, and the trial is continued to 9:00 a.m. on April 10, 2006.