Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>　　　　　　Defendant. | Case No. 3:05-cr-0119-JWS<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

　　　　Dan Sweatt intends to plead guilty to the charge contained in the indictment.  There is no plea agreement.  Ms. Sweatt asks that the change of plea hearing be scheduled for a date and time convenient for the court and counsel.

　　　　DATED at Anchorage, Alaska this 3rd day of April, 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　Alaska Bar No. 7708042
　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:

I certify that on April 3, 2006, a copy
of the foregoing document was served
electronically on:

Frank Russo, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy