**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   DANA ROCHELLE SWEATT

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk                                     CASE NO.  3:05-cr-00019-JWS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: April 4, 2006

      The above-referenced matter had been set on for a jury trial to commence on April 10, 2006, before Judge John W. Sedwick at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Monday, April 10, 2006, at 8:30 a.m..

      The April 10, 2006, Final Pretrial Conference and Trial by Jury are hereby VACATED.

[]{IA.WPD*Rev.12/96}