**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>    UNITED STATES OF AMERICA    </u>   v.   <u>    DANA ROCHELLE SWEATT    </u>

THE HONORABLE JOHN W. SEDWICK      CASE NO.   <u>  3:05-cr-00119-JWS  </u>

<u>Deputy Clerk</u>                       <u>Official Recorder</u>

<u>  Pam Richter          </u>

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Imposition of sentence on the above-named defendant previously set to begin at 8:30 a.m. on July 6, 2006, is hereby **re-scheduled** to commence at **10:00 a.m.** on Thursday, July 6, 2006.

DATE: <u> April 11, 2006 </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS:<u>  prr  </u>
Deputy Clerk

[FORMS*IA*]