Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>            Defendant. | NO. 3:05-cr-0119-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING BY THREE WEEKS** |

Dana Sweatt asks this court for an order continuing sentencing for three weeks or for a time otherwise convenient to the court and counsel.  Sentencing is presently set for July 6, 2006. A continuance is appropriate because Ms. Sweatt's counsel will be out of district from May 31, 2006, through July 5, 2006.  A continuance will enable Ms. Sweatt to review the presentence report, if necessary to raise objections with the presentence report writer, and thereafter timely file her sentencing memorandum.

The government does not oppose this request.

This motion is made pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 25th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:         907-646-3400
Fax:           907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on May 25, 2006,
a copy of the *Unopposed Motion to Continue Sentencing by Three Weeks* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy