UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>    Defendant. | NO. 3:05-cr-0119-JWS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed motion to continue sentencing;

It is hereby ordered that the motion is granted. Sentencing in this matter shall be rescheduled from July 6, 2006, to _____, 2006, at _____ ____.m.

DATED this _____ day of May 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge