Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>    Defendant. | NO. 3:05-cr-0119-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

      Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1. I am the attorney for Dana Sweatt.

2. Sentencing is presently set for July 6, 2006.

3. I will be out of district from May 31, 2006, through July 5, 2006.

4. On behalf of Ms. Sweatt, I am asking that sentencing be continued to a date convenient to the court and counsel three weeks past July 6, 2006.

5.  A continuance will enable Ms. Sweatt to review the presentence report with counsel, if necessary file objections with the presentence report writer, and to timely file her sentencing memorandum.

6.  I spoke with Assistant U.S. Attorney Frank Russo. Mr. Russo indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 25th day of May 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008



*United States v. Dana Rochelle Sweatt*
Case No. 3:05-cr-0119-JWS                                                                 Page 2