UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANA ROCHELLE SWEATT,<br><br>　　　　Defendant. | NO. 3:05-cr-00119-JWS<br><br>**ORDER** |

On consideration of the defendant's unopposed motion to continue sentencing;

It is hereby ordered that the motion is granted.  Sentencing in this matter shall be rescheduled from July 6, 2006, to **July 20, 2006**, at **8:30 a.m.**

DATED this 2nd day of June 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　United States District Court Judge