Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>Defendant. | NO. 3:05-cr-0119-JWS<br><br>**MOTION ON SHORTENED TIME TO CONTINUE SENTENCING** |

Dana Sweat asks this court for an order on shortened time continuing the sentencing. Sentencing is presently set for July 20, 2006. A continuance is appropriate because the U.S. Marshals Service has advised that Ms. Sweatt has not yet been transported from F.D.C. SeaTac and will not be available in Anchorage on July 20, 2006.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 19th day of July 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on July 19, 2006,
a copy of the *Motion on Shortened
Time to Continue Sentencing* was
served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy