UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-cr-0119-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| DANA ROCHELLE SWEATT, | |
| Defendant. | |

On consideration of the defendant's shortened time request to continue sentencing;

It is hereby ordered that sentencing in this matter be continued from July 20, 2006, to July _____, 2006 at the hour of _____ ____.m.

DATED this _____ day of July 2006, in Anchorage, Alaska.

---

JOHN W. SEDWICK
U.S. DISTRICT JUDGE