Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:05-cr-0119-JWS |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF COUNSEL** |
| DANA ROCHELLE SWEATT, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.    I am Dana Sweatt's attorney.

2.    Sentencing is set for July 20, 2006.

3.    On the afternoon of July 19, 2006, I learned from Deputy Marshal Kevin Guin that Ms. Sweatt had not been transported from F.D.C. SeaTac and that she would not be available for the July 20, 2006, sentencing date.

4.      Accordingly, it is appropriate to continue sentencing for a brief period of time to enable the U.S. Marshals Service to produce Ms. Sweatt and so that I will have an adequate opportunity to meet and confer with her before sentencing.


FURTHER YOUR AFFIANT SAYETH NAUGHT.


KEVIN F. McCOY


SUBSCRIBED AND SWORN to before me this 19th day of July 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008


*United States v. Dana Rochelle Sweatt*
Case No. 3:05-cr-0119-JWS

Page 2