

JUL 2 3 2007          Page 2

CLERK, U.S. DISTRICT COURT
ANCHORAGE A.K.

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

3:07-CV-00136-JWS

| United States District Court | District  Alaska |
|---|---|
| Name (under which you were convicted):  Dana Rochelle Sweatt | Docket or Case No.:  3:05-cr-00119 JWS |
| Place of Confinement: | Prisoner No.:  15184-006 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| District of Alaska          v.  Dana Rochelle Sweatt | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Federal
District Court    222 West 7th Ave #4 Rm 229
c/o District Clerk: Hall   Anch   AK   99513
   (b) Criminal docket or case number (if you know): 3:05 CR 00119 JWS
2. (a) Date of the judgment of conviction (if you know): 9/6/2006
   (b) Date of sentencing: 9/6/2006
3. Length of sentence: 84 months
4. Nature of crime (all counts): Attempted Distrobution of
Cocaino base, 21 U.S.C 846 & 841 (b) (1) (A)
_____
_____
_____
_____
_____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment,
   what did you plead guilty to and what did you plead not guilty to? N/A
   _____
   _____
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?       Yes ☐        No ☒

Page 3

8. Did you appeal from the judgment of conviction?          Yes ☐          No ☒

9. If you did appeal, answer the following:

(a) Name of court: _____ N/A _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?          Yes ☐ No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____ N/A _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

  (1) Name of court: _____ N/A _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

    Yes ☐ No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition:    Yes ☐ No ☒

  (2) Second petition:    Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

This is my 1st 2255 or motion, petition, application because I was not instructed by my attorney that I could appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: There is no difference between cocaine powder & cocaine base

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Argued at sentencing that guidelines should have been less, because of the difference, in powder would have recieved 3 year sentence and instead recieved mandatory 84-108 months. Now law is being Proposed as to this exact arguement and it should be applicable to my case. The Base offense level would be drastically reduced if same law is enacted. request it be retroactive to my case.

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: I wasnt informed on how to proceed in federal court from any one - its less than a year from sentencing, Attorney did not explain.

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____

_____

_____

_____

_____

GROUND TWO: ineffective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

Counsel did not inform me of appeal, failure to
investigate, failed to object to crack cocaine vs
powder. Rushed me to take plea. Was not present
when PSR was done, did not explain court
proceedures.

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

Page 7

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

　　Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _Counsel informed me to plea or accept
guilty or spend 10years to life in prison
Intimidated me to accept guilty plea._

**GROUND THREE:** _N/A_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    _____

    _____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    _____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

Page 9

Result (attach a copy of the court's opinion or order, if available):_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND FOUR: _____ N/A _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Four:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❏  No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❏  No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____
_____
_____
_____
_____

13. Is there any ground in this motion that you have not previously presented in some federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them: _____ N/A
_____
_____
_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the

judgment you are challenging? Yes ❑  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

issues raised. _____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____ Kevin McCoy _____

    (b) At arraignment and plea: _____ Kevin McCoy _____

    (c) At trial: _____ Kevin McCoy _____

    (d) At sentencing: _____ Kevin McCoy _____

    (e) On appeal: _____ N/A _____

    (f) In any post-conviction proceeding: _____ N/A _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, movant asks that the Court grant the following relief: _reduce Base offense level and re-sentence under new guideline level applicable to New law adopted retroactively_

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _07 17 07_

_____ (month, date, year).

Executed (signed) on _July 13, 2007_ (date).

**OFFICIAL SEAL**
**NOTARY PUBLIC**
**STATE OF WEST VIRGINIA**
**BARBARA A. HARRIS**
**FEDERAL PRISON CAMP**
**DEPARTMENT OF JUSTICE**
**ALDERSON, WV 24910**
My Commission Expires December 7, 2009

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

* * * * *

Tara Booth-McSweat 15787006 A4
Federal Prison Camp Alderson
Box 4
Alderson, West Virginia
24910

United States District Court
222 West 7th Ave Room #4.
(209)
Anchorage, Alaska
99513

CERTIFIED MAIL

7004 2510 0007 1022 8863

