Dana Rochelle Sweatt 15184-006
Name
Alderson Prison Camp  A4
Box A
Address

_____
Telephone Number

RECEIVED
AUG 0 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Dana Rochelle Sweatt,

Plaintiff/Petitioner,

CASE NO. 3:05-cr-119

vs,

United States of America,

MOTION FOR APPOINTMENT
OF COUNSEL

Defendant/Respondent.

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 8/2/07           _____
                         Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

Dana Rodville Sweat 15184-006 #4
Alderson Prison Camp
Box A
Alderson, West Virginia
24910

United States District Court
Clerks Office
222 W 7th Avenue #4
Anchorage, Alaska 99513-7564

9951337564 C001