LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,        )<br>                                 )<br>                                 )<br>           v.                    )<br>                                 )<br>DANA ROCHELLE SWEATT             )<br>                                 )<br>              Defendant.         )<br>_____) | CASE NO: A05-0119 CR (JWS) |

**EXPEDITED AND ON SHORTENED TIME
UNOPPOSED MOTION FOR CONTINUANCE**

**EXCLUDABLE DELAY:
A period of excludable delay under 18 U.S.C. 3161(h) may
occur as the result of the filing/granting/denying of this motion.**

Defendant, Dana R. Sweatt, through her counsel, Hugh W. Fleischer, moves this court for an order providing a continuance of the date for an amended petition herein, to wit: September 14, 2007 to November 14, 2007.

This motion is based upon the fact that the undersigned counsel has recently received the voluminous file

in this case and the possible need to personally go over documents with Ms. Sweatt, it is necessary to obtain the sixty day continuance requested.

Frank V. Russo, Assistant U.S. Attorney, on behalf of the government, advises that the plaintiff does not oppose this motion.

DATED this 11th day of September, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
Hugh W. Fleischer
Attorney for Mr. Facine
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 11th day of September, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer

9574/500