LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DANA ROCHELLE SWEATT )<br>)<br>Defendant. )<br>_____) | CASE NO: A05-0119 CR (JWS) |

**EXPEDITED AND ON SHORTENED TIME
UNOPPOSED MOTION FOR CONTINUANCE**

**EXCLUDABLE DELAY:
A period of excludable delay under 18 U.S.C. 3161(h) may
occur as the result of the filing/granting/denying of this motion.**

Defendant, Dana R. Sweatt, through her counsel, Hugh W. Fleischer, moves this court for an order providing a continuance of the date for an amended petition herein, to wit: November 14, 2007 to December 28, 2007.

This motion is based upon the fact that the undersigned counsel has recently been called out of town for a

week's time last week and has been involved in a Federal Administrative hearing for the first two days of this week and the possible need to personally go over documents with Ms. Sweatt, it is necessary to obtain the forty-four day continuance requested.

Joseph W. Bottini, Assistant U.S. Attorney, on behalf of the government, advises that the plaintiff does not oppose this motion.

DATED this 14th day of November, 2007.


LAW OFFICES OF HUGH W. FLEISCHER


By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Mr. Facine
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com


CERTIFICATE OF SERVICE

I certify that on the 11th day of September, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Joseph W. Bottini
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer                    9574/502

2