LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>                              )<br>        v.                    )<br>                              )<br>DANA ROCHELLE SWEATT          )<br>                              )<br>            Defendant.        )<br>_____) | CASE NO: A05-0119 CR (JWS) |

**<u>ORDER</u>**

Defendant, Dana R. Sweatt, having moved for an unopposed motion for continuance.

IT IS ORDERED that such Motion is granted and that the amended petition in this matter is due on or before December 28, 2007.

DATED this _____ day of November, 2007.

```
                                        _____
                                              JOHN D. ROBERTS
                                        U.S. MAGISTRATE DISTRICT JUDGE
```

9574\503