LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANA ROCHELLE SWEATT<br><br>　　　　Defendant. | CASE NO: A05-0119 CR (JWS) |

**AMENDED PETITION**

　　Defendant, Dana R. Sweatt, through her counsel, Hugh W. Fleischer, files her amended petition herein.

DATED this 28th day of December, 2007.


LAW OFFICES OF HUGH W. FLEISCHER


By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Mr. Facine
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 28th day of December, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Joseph W. Bottini
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer                    9574/502

4