LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>         Plaintiff,            )<br>                                )<br>                                )<br>           v.                  )<br>                                )<br> DANA ROCHELLE SWEATT           )<br>                                )<br>         Defendant.            )<br> _____) | CASE NO: A05-0119 CR (JWS) |

**<u>ORDER</u>**

Defendant, Dana R. Sweatt, having filed an amended petition for habeas corpus,

IT IS ORDERED that such Motion is granted.

DATED this ____ day of January, 2008.

                                    _____
                                    JOHN D. ROBERTS
                                    U.S. MAGISTRATE DISTRICT JUDGE

9574\507