LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>        Plaintiff,        )<br>  )<br>  )<br>     v.                      )<br>  )<br> DANA ROCHELLE SWEATT        )<br>  )<br>        Defendant.          )<br> _____) | CASE NO: A05-0119 CR (JWS) |

### AMENDED PETITION

Defendant, Dana R. Sweatt, through her counsel, Hugh W. Fleischer, files her amended petition herein. This petition is based upon the factual and legal arguments contained herein. This amended petition also incorporates the initial petition, dated on July 17, 2007.

### STATEMENT OF THE ISSUES

A claim under the Sixth Amendment is that counsel did not file an appeal, as requested by Ms. Sweatt.

**TRIAL COUNSEL WAS INEFFECTIVE AS TO THE APPEAL**

Dana Sweatt asserts that her trial attorney failed to provide her with adequate representation. She claims that he failed to file an appeal that she asked him to do.

In ***McMann v. Richardson***, 397 U.S. 759, 771 n.14, 90 S. Ct. 1441, 25 L.Ed.2d 763 (1970), the U.S. Supreme Court declared that "the right to counsel is the right to the effective assistance of counsel." Cited in ***Jennings v. Woodford***, 290 F. 3rd 1006, 1012 (9th Cir. 2002).

In ***Strickland v. Washington***, the Supreme Court formulated a two prong test. A petitioner claiming ineffective assistance of counsel must demonstrate (1) that her attorney's representation "fell below an objective standard of reasonableness," (the "performance prong") and (2) the attorney's deficient performance prejudiced the defendant such that "there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different." (the "prejudice prong") ***Strickland***, 466 U.S. @ 688. 694, 104 S. Ct. 2052.

***Strickland's*** two-prong test applies to ineffectiveness claims arising from the plea process. ***Hill v. Lockhart***, 474 U.S. 52, 57-58, 106 S. Ct. 366, 88 L.Ed.2d 203 (1885)

2

(holding that voluntariness of a guilty plea depends on the adequacy of counsel's legal advice).

The principal error, which meets the **Strickland** test, is the failure to file an appeal. As this Court knows, virtually every case the defense counsel advises the client regarding an appeal. This omission by defense counsel clearly falls within the holding of **Strickland**, *supra*. Such matter was crucial to petitioner's defense and easily could be seen, was essential to her right to a voluntary plea and but for such omission, the result, had the appeal been successful, probably would have been different. See **U.S. v. Blaylock**, 20 F.3d 1458 (9th Cir. 1994); **Betancourt v. Willis**, 814 F.2d 1546 (11th Cir. 1987). An appeal might have gone forward on substantive terms. Also, Ms. Sweatt incorporates her argument above, that being, that she should not loose any rights, such as an appeal.

The above authorities setout, *infra*, also apply with equal importance to the failure to appeal the sentence.

Wherefore, Ms. Sweatt asks to have an evidentiary hearing on this matter to determine whether the case should be remanded to the U.S. District Court, with corrective action to be taken.

DATED this 28th day of December, 2007.

LAW OFFICES OF HUGH W. FLEISCHER

```
                    By: S/ Hugh W. Fleischer
                        Hugh W. Fleischer
                        Attorney for Mr. Facine
                        310 K. St., Suite 200
                        Anchorage, AK 99501
                        907-264-6635
                        907-264-6602-Fax
                        hfleisch@aol.com
```

CERTIFICATE OF SERVICE

I certify that on the 28th day of December, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer                              9574/508