LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: A05-0119 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DANA ROCHELLE SWEATT ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

    Defendant, Dana R. Sweatt, having filed an amended petition for habeas corpus,

    IT IS ORDERED that such Motion is granted.

    DATED this ____ day of January, 2008.

                                      _____
                                      JOHN D. ROBERTS
                              U.S. MAGISTRATE DISTRICT JUDGE

9574\507