NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00119-JWS-JDR |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **STAY DEFENDANT'S § 2255** |
| vs. | ) | **PETITION** |
| | ) | |
| DANA ROCHELLE SWEATT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned

counsel, and moves this Court to stay the defendant's petition pursuant to

28 U.S.C. § 2255.  This motion is unopposed by counsel for the defendant, Hugh

Fleischer.

The reason for the stay is that, on or about March 3, 2008, the defendant is planning to move the Court for a new sentencing hearing due to the fact that she was sentenced for a crack cocaine offense. Because of the retroactive effect of the new crack cocaine guidelines, the defendant will be entitled to a new sentencing hearing, during which her advisory guideline range will be adjusted downward two offense levels. The impact of this may well be a different sentence. Because the defendant's primary complaint in her petition appears to be ineffective assistance based upon her attorney's alleged failure to file an appeal, the new sentencing hearing (and opportunity to file an appeal) likely will moot her claim. Moreover, her § 2255 claims appear to deal solely with the sentence she received. Accordingly, both counsel for defendant and the United States are in agreement that the action be stayed pending re-sentencing, after which defendant can file a new petition if necessary.

//

//

//

//

//

//

RESPECTFULLY SUBMITTED this 17th day of January, 2008, at

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Frank V. Russo
Assistant U. S. Attorney
Federal Building &U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008,
a copy of the foregoing *GOVERNMENT'S
MOTION TO STAY* was served
electronically on Hugh Fleischer.


s/Frank V. Russo