IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00119-JWS-JDR |
|---|---|---|
| Plaintiff, | ) ) | **[PROPOSED]** |
| | ) | **ORDER ON MOTION TO** |
| vs. | ) | **STAY DEFENDANT'S § 2255** |
| | ) | **PETITION** |
| DANA ROCHELLE SWEATT, | ) ) | |
| Defendant. | ) ) ) | |

Having considered the motion filed by the United States to stay the defendant's § 2255 petition, in the above-captioned matter, IT IS HEREBY ORDERED that the petition will be stayed until _____, 2008.

**IT IS SO ORDERED**.

DATED this _____ of January, 2008, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE