NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00119-JWS-JDR |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| DANA ROCHELLE SWEATT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and files this status report.  It is anticipated that the defendant will file a motion for resentencing pursuant to 18 U.S.C. 3582, on or about March 3, 2008, the effective date of retroactivity to the crack cocaine sentencing guidelines.

Accordingly, the § 2255 action should be further stayed for an additional two months pending re-sentencing, which will likely moot this current § 2255 claim.

RESPECTFULLY SUBMITTED this 22<u>nd</u> day of February, 2008, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Frank V. Russo
>Assistant U. S. Attorney
>Federal Building &U.S. Courthouse
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 22, 2008,
a copy of the foregoing *STATUS REPORT*
was served electronically on Hugh Fleischer.

s/Frank V. Russo
Office of the U.S. Attorney