MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DANA ROCHELLE SWEATT*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:05-cr-00119-JWS JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  February 28, 2008

    The status report [54] is accepted provisionally.  Defendant Sweatt is requested to reply to the government's assertion in the status report that she will be filing a motion under 18 U.S.C. § 3582.  If a 3582 motion will be filed, defendant should state whether, in her opinion, a favorable outcome would render moot the pending 2255 claim. Defendant's reply is due on or before March 14, 2008.