LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br> )<br>v. )<br> )<br>DANA ROCHELLE SWEATT )<br> )<br>Defendant. )<br>_____) | CASE NO: A05-0119 CR (JWS) |

**MOTION TO REDUCE SENTENCE**

Defendant, Dana R. Sweatt, through her counsel, Hugh W. Fleischer, pursuant to 18 U.S.C. § 3582 (c) moves for and order reducing the term of imprisonment from 84 months to 57 months, on the grounds that the retroactive amendment to the cocaine base guideline changes the base offense level in from 84 to 57 months. Such calculation is based on the prior computation of the specific offense characteristics, adjustments and departures, as well as the original sentence within the guideline range.

DATED this 3rd day of March, 2008.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer
    Hugh W. Fleischer
    Attorney for Mr. Facine
    310 K. St., Suite 200
    Anchorage, AK 99501
    907-264-6635
    907-264-6602-Fax
    hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 3rd day of March, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

S/ Hugh W. Fleischer                    9574/502