IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,    )
                             )    CASE NO: A05-0119 CR (JWS)
            Plaintiff,       )
                             )
                             )
            v.               )
                             )
DANA ROCHELLE SWEATT         )
                             )
            Defendant.       )
_____)

## ORDER

        Defendant, Dana R. Sweatt, having moved fro a reduction of her sentence, pursuant to 18 U.S.C. § 3582(c), and this Court being aware of the premises of this action, such motion:

        IS RECOMMENDED FOR A JUDGMENT, in accordance with such motion.

        DATED this _____ day of March, 2008.


                                    _____
                                    JOHN D. ROBERTS
                                    U.S. MAGISTRATE DISTRICT JUDGE


9574\5