IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANA ROCHELLE SWEATT,

      Defendant.

Case No. 3:05-cr-00119-JWS

ORDER DIRECTING
SERVICE AND RESPONSE

On March 3, 2008, Dana Rochelle Sweatt, through counsel, filed a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1]

As recently explained by the Supreme Court in *Kimbrough v. United States*, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[2]  The Supreme Court noted, at the time, that "[t]he Commission has not yet determined whether the

---

[1]  *See* Docket Nos. 56, 57.

[2]  *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007).

amendment will be retroactive to cover defendants like Kimbrough."[3]  Since that case was decided, it has been determined that the guidelines became retroactive on March 3, 2008.[4]

**IT IS THEREFORE ORDERED that:**

1.    The Clerk of Court is directed serve a copy of the motion for re-sentencing and supporting documents, at docket numbers 56 and 57, and a copy of this Order, on the United States Attorney for the District of Alaska.

2.    The Government is permitted to file a response within sixty days from the date of this Order.

3.    Counsel for Ms. Sweatt may file a reply within thirty days of the filing of the response.

DATED this 3rd day of March, 2008,  at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge

---

[3]  *Id.* at n. 11.

[4]  *See United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").