NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00119-JWS-JDR |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| vs. | ) | **EXTENSION** |
| | ) | |
| DANA ROCHELLE SWEATT, | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and moves this Court for an extension in which to file its response to the defendant's motion to reduce sentence, filed at docket 56.  This motion is not opposed by the defendant, and is made to facilitate settlement discussions between

the parties. Specifically, counsel for the defendant needs to confer with his client to extend an offer conveyed by the government. If this offer is accepted, the parties will enter into a stipulation to resolve the matter. Accordingly, a one month continuance is requested.

RESPECTFULLY SUBMITTED this 29th day of April, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U. S. Attorney
Federal Building &U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Frank.Russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on April 29, 2008,
a copy of the foregoing *GOVERNMENT'S MOTION TO FOR EXTENSION* was served electronically on Hugh Fleischer, via ECF.

s/Frank V. Russo