IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00119-JWS-JDR |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DANA ROCHELLE SWEATT, | ) | |
| Defendant. | ) | |

Having considered the motion for extension, filed by the United States, in the above-captioned matter, IT IS HEREBY ORDERED that United States' response is due on May 30, 2008.

**IT IS SO ORDERED**.

DATED this 30th day of April 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE