LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO: A05-0119 CR (JWS) |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANA ROCHELLE SWEATT | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


**PETITION FOR WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

TO: The Honorable John W. Sedwick:

Your Petitioner Shows:

Dana R. Sweatt, through her counsel, Hugh W. Fleischer, seeks this writ for Ms. Sweatt, who is imprisoned by the Federal Bureau of Prisons at the Danbury FCI, Danbury, Connecticut, wishes to attend the hearing scheduled for June 27, 2008.

WHEREFORE, Petitioner prays that the Clerk of this

Court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Federal Bureau of Prisons to bring the said prisoner before the Court in Anchorage, Alaska for the imposition of sentence hearing now set for June 27, 2008, as well as any further proceedings, and to be returned to the Federal Bureau of Prisons.

DATED this 20th day of May, 2008.


LAW OFFICES OF HUGH W. FLEISCHER


By: <u>S/ Hugh W. Fleischer</u>
      Hugh W. Fleischer
      Attorney for Ms. Sweatt
      310 K. St., Suite 200
      Anchorage, AK 99501
      907-264-6635
      907-264-6602-Fax
      hfleisch@aol.com


<u>CERTIFICATE OF SERVICE</u>

I certify that on the 20th day of May, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


<u>S/ Hugh W. Fleischer</u>          9574/502

2