IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>     Plaintiff,            )<br>                            )<br>                            )<br>     v.                     )<br>                            )<br>DANA ROCHELLE SWEATT        )<br>                            )<br>     Defendant.             )<br>_____) | CASE NO: A05-0119 CR (JWS) |

**WRIT OF HABEAS CORPUS**

TO: The President of the United States of America to: Federal Bureau of Prisons, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of DANA R. SWEATT, by you imprisoned and detained as it is said, under safe and secure conduct, before the Judge of our District Court within the District of Alaska, at Anchorage, Alaska, for the imposition of sentence hearing, scheduled for June 27, 2008 in Anchorage, Alaska, and other proceedings as the Court may desire, thereafter and as necessary in this case, now pending before said Court, and that you return said person to the Federal Bureau of Prisons as soon as the case may be disposed

of, under safe and secure conduct.

    This is a continuing Writ on this date and such other times as the Court directs.

    WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the Municipality of Anchorage, Alaska on this day, May ____, 2008.

                                        _____
                                        CLERK, U.S. DISTRICT COURT

9574/512