IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of </br></br> DANA ROCHELLE SWEATT, </br></br> On Writ of Habeas Corpus </br> Ad Testificandum | ) Case No. 3:05-cr-119-JWS-JDR </br> ) </br> ) </br> ) ORDER FOR ISSUANCE OF WRIT OF </br> ) HABEAS CORPUS AD </br> ) TESTIFICANDUM </br> ) </br> ) (Docket No. 62) |

On the Petition of Hugh W. Fleischer, CJA counsel for Dana Rochelle Sweatt, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the Federal Bureau of Prisons at Danbury FCI, Danbury, Connecticut to bring DANA ROCHELLE SWEATT, before this court as a defendant for the imposition of sentence hearing now set for June 27, 2008 before the Hon. John W. Sedwick, and to be returned to the Fedeal Bureau of Prisons upon completion of proceedings.

DATED this 20th day of May, 2008, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge