UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA ROCHELLE SWEATT,<br><br>Defendant. | NO. 3:05-cr-00119-JWS<br><br>**ORDER** |

      The reference of the motion for a writ of habeas corpus ad testificandum at docket 62 to the magistrate judge is withdrawn.

      For the same reasons articulated in this court's order at docket 372 in the case of *United States v. Potts*, Case No. 3:97-cr-56, which is readily available on ECF to counsel for both parties in the instant case, the motion at docket 62 seeking Ms. Sweatt's presence for a hearing on her motion to reduce sentence is **DENIED**.

      This court may, or may not, schedule oral argument on the underlying motion for reduction in sentence, but if it does schedule oral argument, the argument will be heard without Ms. Sweatt being present.

      DATED this 21st day of July 2008.


/s/  JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE