LAW OFFICES OF HUGH W. FLEISCHER
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com
Attorney for Ms. Sweatt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DANA ROCHELLE SWEATT<br><br>      Defendant.<br>_____ | CASE NO: A05-0119 CR (JWS) |

**MOTION FOR A CERTICATE TO APPEAL**

Defendant, Dana R. Sweatt, through her counsel, Hugh W. Fleischer, moves for an Order Providing for a Certificate to Appeal from the Order and Opinion of August 11, 2008 [Docket # 56].

DATED this 28th day of August, 2008.

LAW OFFICES OF HUGH W. FLEISCHER

By: S/ Hugh W. Fleischer

Hugh W. Fleischer
Attorney for Mr. Facine
310 K. St., Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602-Fax
hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 28th day of August, 2008, a true copy of the foregoing was delivered electronically to the following counsel:

Frank V. Russo
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer                              9574/514