NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00119-JWS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO UNSEAL |
| vs. | ) | TRANSCRIPT |
| | ) | |
| DANA SWEATT, | ) | FILED ON SHORTENED TIME |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States of America, by and through undersigned

counsel, and moves this court for an order to unseal the imposition of sentence in

the above-captioned case, in order for the entire transcript to be transcribed.

Undersigned counsel is due to respond to defendant's amended § 2255 petition, filed at docket 50, by September 15, 2008, and needs the entire sentencing transcript to respond.

The government therefore requests that the imposition of sentence be ordered unsealed solely for the purpose of obtaining the transcripts for use in responding to the defendant's motion, as ordered by this court.

RESPECTFULLY SUBMITTED this 4th  day of September, 2008, in Anchorage, Alaska.

<div style="margin-left:40%">

NELSON P. COHEN
United States Attorney


s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

</div>

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 4, 2008, via ECF:

Hugh Fleischer

Executed at Anchorage, Alaska, on September 4, 2008.

s/Frank V. Russo
Office of the U.S. Attorney