IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00119-JWS-JDR |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DANA ROCHELLE SWEATT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the motion filed by the United States unseal the imposition of sentence, in the above-captioned matter, IT IS HEREBY ORDERED that the motion is GRANTED/DENIED.

**IT IS SO ORDERED**.

DATED this _____ of September, 2008, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE