MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DANA ROCHELLE SWEATT*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:05-cr-00119-JWS JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: September 5, 2008

    The motion at docket 71 to unseal the imposition of sentence proceeding in order to obtain a transcript for use in connection with the pending motion brought pursuant to 28 U.S.C. § 2255 is **GRANTED**.