NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DANA SWEATT,<br><br>　　　　　　Defendant. | Case No. 3:05-cr-00119-JWS-JDR<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED § 2255 PETITION**<br><br>**FILED ON SHORTENED TIME** |

　　　　COMES NOW the United States of America, by and through undersigned counsel, and moves this court for an extension in which to file its response to defendant's amended § 2255 petition.

In reviewing the defendant's amended § 2255 petition, it appears that her principal claim is that counsel failed to file an appeal after she requested him to do so. Typically, the practice in this District is for the Court to advise the defendant's of their right to appeal, and that the clerk of court will file a notice of appeal for the defendant if necessary. Thus, the transcript may provide evidence to rebut the defendant's claim. It was believed that the transcript of this proceeding was already completed and in the possession of the government. However, on August 30, 2008, it was learned that the transcript had not yet been ordered. According to the Clerk's Office, the transcript of the sentencing hearing will be prepared in approximately 3 weeks. Accordingly, the United States requests a one month extension of its time to respond to the defendant's amended petition.

Counsel for the defendant, Hugh Fleischer, was contacted on September 3, 2008, and does not oppose this continuance. Counsel for the government is out of state until September 14, 2008 – one day before the government's response is due.

//
//
//
//
//

RESPECTFULLY SUBMITTED this 5<u>th</u>  day of September, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Frank V. Russo
        FRANK V. RUSSO
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9
        Anchorage, Alaska  99513-7567
        (907) 271-5071
        (907) 271-1500 (fax)
        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 5, 2008, via ECF:

Hugh Fleischer

Executed at Anchorage, Alaska, on September 5, 2008.

s/Frank V. Russo
Office of the U.S. Attorney